1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J., | Case No. 3:22-cv-06036-EMC |
| vs. | (Honorable Edward M. Chen) |
| CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; GREEN HILLS SOFTWARE LLC; DOES 1 through 10, | [~~PROPOSED~~] ORDER DISMISSING DEFENDANT GREEN HILLS SOFTWARE LLC |
| Defendants. | [Filed concurrently with Stipulation] |
| | Discovery C/O:  September 7, 2023<br>Motion C/O:     October 12, 2023<br>Trial (Court):  February 24, 2024 |
| | Complaint Filed:  October 13, 2022 |

## [PROPOSED] ORDER

Having reviewed the parties' Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that Defendant Green Hills Software LLC shall be dismissed from this action without prejudice.

DATE:   6/22/2023

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE