# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J., <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; GREEN HILLS SOFTWARE LLC; DOES 1 through 10, <br><br> Defendants. | Case No. 3:22-cv-06036-EMC <br><br> (Honorable Edward M. Chen) <br><br> [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE - AS MODIFIED BY THE COURT <br><br> [Filed concurrently with Stipulation] <br><br> Discovery C/O:  September 7, 2023 <br> Motion C/O:     October 12, 2023 Trial <br>    (Court):     February 24, 2024 <br><br> Complaint Filed:  October 13, 2022 |

**[~~PROPOSED~~] ORDER**

Having reviewed the Parties' Stipulation to Continue the Further Case Management Conference set for July 11, 2023, and for GOOD CAUSE SHOWN, the Court GRANTS the Stipulation of Plaintiff Eric J. and Defendants California Physicians' Service dba Blue Shield of California ("Blue Shield") and Green Hills Software LLC ("Green Hills") (collectively "Defendants") and hereby Orders as follows:

That the July 11, 2023 Further Case Management Conference is continued to August ~~1~~ **29**, 2023, with a Joint Report due ~~July 25, 2023~~ **August 22, 2023**.

DATE:  6/22/2023

_____
Honorable Edward M. Chen
United States District Judge

2

[~~PROPOSED~~] ORDER CONTINUING FURTHER CMC
Case No. 3:22-cv-07707-JD